FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL CHRISTIAN RADVANYI,<br><br>      Plaintiff,<br><br>    v.<br><br>MR. DINES and THREE UNKNOWN JAIL WORKERS,<br><br>      Defendants. | No. 2:19-cv-00351-SMJ<br><br>**ORDER DISMISSING COMPLAINT** |

  By Order filed December 23, 2019, the Court instructed Plaintiff Michael Christian Radvanyi to inform the Court in writing by no later than January 20, 2020, whether all criminal charges against him had been dismissed, and to complete and file an updated application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a)(1). In the alternative, Plaintiff was directed to pay the full $400.00 fee ($350.00 filing fee + $50.00 administrative fee) to commence this action.

  The Court cautioned Plaintiff that failure to comply with the Order would result in the dismissal of this case for failure to prosecute. Plaintiff did not comply with the Court's directive and has filed nothing further in this case, other than notices of changes of address, which were similarly filed in all of his pending cases.

ORDER DISMISSING COMPLAINT – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and for failure to pay the filing fee to commence this action under 28 U.S.C. § 1914.

2. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** this file.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and forward a copy to *pro se* Plaintiff at his last known address.

**DATED** this 2nd day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge